

**IT IS ORDERED as set forth below:**

**Date: November 16, 2017**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| In re: } | |
| } | **CHAPTER 13** |
| **LANDON BRADSHAW** } | |
| **DICKERSON and** } | |
| **TERRI LEIGH DICKERSON,** } | |
| } | **CASE NO. 16-69381-bem** |
| Debtors. } | |
| } | |
| **LANDON B. DICKERSON,** } | |
| } | |
| Movant, } | |
| } | **CONTESTED MATTER** |
| v. } | |
| } | **PROCEEDING** |
| **NISSAN–INFINITY LT,** } | |
| } | |
| Respondent. } | |

### ORDER SUSTAINING OBJECTION TO PROOF
### OF CLAIM NUMBER 9 FILED BY NISSAN-INFINITI LT

WHEREAS, Nissan-Infiniti LT filed Proof of Claim Number 9 on the Court's Claims Register on or about July31, 2017; and

WHEREAS, the Bar Date for filing claims was May 25, 2017; and

WHEREAS, the claim filed by Nissan Infiniti LT was filed after the Bar Date; and

WHEREAS, this matter came on for hearing before the Court on September 19, 2017 and was attended by Counsel for Debtor and Counsel for the Chapter 13 Trustee and no appearance was made by or on behalf of Respondent Nissan Infiniti LT; be it

ORDERED that Debtor's Objection to Claim Number 9 filed by Nissan Infiniti LT in the amount of $18,080.26 is SUSTAINED; it is

FURTHER ORDERED that no attorney's fees are awarded.

END OF DOCUMENT

Prepared and consented to by:

/S/ B. Glen Johnson
_____

B. GLEN JOHNSON
Georgia Bar No. 392250
Attorney for Debtor
270 E. Main Street
Suite C
Canton, Georgia 30114
770-345-8200 (voice)
770-345-8260 (facsimile)
glen@edwardsjohnsonlaw.com

No opposition by:

/A/ Sonya Buckley Gordon (by BGJ with express permission)
_____

SONYA BUCKLEY GORDON
Georgia Bar No. 140987
Attorney for the Chapter 13 Trustee
191 Peachtree Street
Suite 2200
Atlanta, Georgia 30303
404-525-1110
SonyaB@atlch13tt.com

## Distribution List

B. Glen Johnson, Esq.
270 E. Main Street, Suite C
Canton, GA 30114

Mary Ida Townson, Esq.
191 Peachtree Street
Suite 2200
Atlanta, Georgia 30303

Aimee Cobb
Bankruptcy Administrator
Nissan Infiniti LT
PO Box 660366
Dallas, Texas 75266-0366

Ron Levine, Esq.
780 Johnson Ferry Road
Suite 240
Atlanta, Georgia 30342