UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: LANDON B. DICKERSON | } | CHAPTER 13 |
| TERRI L. DICKERSON, | } | |
| | } | CASE NO. A16-69381-SMS |
| DEBTOR(S) | } | |
| | } | JUDGE SIGLER |

### TRUSTEE'S MOTION FOR RECONSIDERATION OF ORDER RE-CONVERTING CASE TO CHAPTER 7

COMES NOW MARY IDA TOWNSON, Standing Chapter 13 Trustee in the above-referenced matter, by and through the undersigned counsel, and files this Motion for Reconsideration of Order Re-Converting Case to Chapter 7.  The Trustee respectfully shows the Court the following:

1.

The Debtors filed for relief under Chapter 7 of Title 11 on October 30, 2016.  The Debtors filed a Motion to Convert to Chapter 13 on January 18, 2017 and an order was entered converting the case to Chapter 13 on January 31, 2017.  The Chapter 13 plan was confirmed on April 25, 2017.

2.

The Chapter 13 Trustee filed a Motion to Re-Convert to Chapter 7 on November 17, 2020 with hearing set for December 15, 2020.  An order granting the Motion was entered on December 23, 2020.

3.

It appears that funds sufficient to complete the Chapter 13 plan were provided to the Chapter 13 Trustee prior to the hearing on December 15, 2020.

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
albertg@atlch13tt.com

Wherefore, the Trustee moves the Court to inquire into the foregoing and:

1. That this Motion be granted;

2. Enter an Order Vacating the Order Re-Converting Case to Chapter 7 and for any other such relief that may be just and proper.

Respectfully submitted this 29th day of December, 2020.

/s/
Albert C. Guthrie
Attorney for the Chapter 13 Trustee
GA Bar No. 142399

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
albertg@atlch13tt.com

A16-69381-SMS

## **CERTIFICATE OF SERVICE**

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

LANDON B. DICKERSON
537 AUTUMN RIDGE DR
CANTON, GA 30115

TERRI L. DICKERSON
537 AUTUMN RIDGE DR
CANTON, GA 30115

and all parties of interest on the attached creditor matrix.

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Glen Johnson, LLC

This 29th day of December, 2020.

_____/s/_____
Albert C. Guthrie, Esq.
Attorney for the Chapter 13 Trustee
GA Bar No. 142399

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
albertg@atlch13tt.com

```
Label Matrix for local noticing         Amazon.com Credit Card                  Arnall Golden Gregory LLP
113E-1                                   Synchrony Bank                          171 17th Street, N.W.
Case 16-69381-sms                        PO Box 965013                           Suite 2100
Northern District of Georgia             Orlando, Florida 32896-5013             Atlanta, GA 30363-1031
Atlanta
Tue Dec 29 07:41:27 EST 2020

Michael J. Bargar                        Patti H. Bass                           Best Buy / HSBC
Arnall Golden Gregory, LLP               Bass & Associates, PC                   PO Box 5253
Suite 2100                               Suite 200                               Carol Stream, Illinois 60197-5253
171 17th Street, N.W.                    3936 E. Ft. Lowell Road
Atlanta, GA 30363-1031                   Tucson, AZ 85712-1083

CAVALRY SPV I, LLC                       (p)JPMORGAN CHASE BANK  N A             Children's Healthcare of Atlanta
Bass & Associates, P.C.                  BANKRUPTCY MAIL INTAKE TEAM             PO Box 116210
3936 E. Ft. Lowell Road, Suite #200      700 KANSAS LANE FLOOR 01                Atlanta, Georgia 30368-6210
Tucson, AZ 85712-1083                    MONROE LA 71203-4774

Constance Thompson                       Landon Bradshaw Dickerson               Terri Leigh Dickerson
190 Grabs Road                           537 Autumn Ridge Drive                  537 Autumn Ridge Drive
Canton, Georgia 30114-7626               Canton, GA 30115-4255                   Canton, GA 30115-4255

Discover Bank                            Discover Bank                           Discover Card
Discover Bank Discover Products Inc      Discover Products Inc                   Attn.: Inquiries, PO Box 30421
PO Box 3025                              PO Box 3025                             Salt Lake City, Utah 84130-0421
New Albany, OH  43054-3025               New Albany, OH  43054-3025

Evelyn Jones Pope                        S. Gregory Hays                         S. Gregory Hays
395 Crossville Court                     Hays Financial Consulting, LLC          Hays Financial Consulting, LLC
Roswell, Georgia 30076-1303              Suite 200                               Suite 555
                                         3343 Peachtree Road, NE                 2964 Peachtree Road
                                         Atlanta, GA 30326-1420                  Atlanta, GA 30305-4909

B. Glen Johnson                          Ronald A. Levine                        MIDLAND FUNDING LLC
Glen Johnson, LLC                        Levine & Block, LLC                     MIDLAND CREDIT MANAGEMENT, INC. as agent
181 E. Main Street                       P.O. Box 422148                         for MIDLAND FUNDING LLC
Canton, GA 30114-2708                    Atlanta, GA 30342-9148                  PO Box 2011
                                                                                 Warren, MI 48090-2011

MIDLAND FUNDING LLC                      Mountain View HOA                       Nest Eggs
PO Box 2011                              c/o Access Management                   4745 Sutton Park Court
Warren, MI 48090-2011                    1100 North Meadow Parkway               Suite 202
                                         #114                                    Jacksonville, Florida 32224-0253
                                         Roswell, Georgia 30076-3871

Nissan Motor Acceptance Corp.            Nissan- Infiniti LT                     Office of the United States Trustee
PO Box 49045                             POB 660366                              362 Richard Russell Building
San Jose, California 95161-9045          Dallas, TX  75266-0366                  75 Ted Turner Drive, SW
                                                                                 Atlanta, GA 30303-3315

PYOD, LLC its successors and assigns as assi    Quantum3 Group LLC as agent for         Total Rewards Credit Card
of Citibank, N.A.                        Comenity Bank                           PO Box 182273
Resurgent Capital Services               PO Box 788                              Columbus, Ohio 43218-2273
PO Box 19008                             Kirkland, WA  98083-0788
Greenville, SC 29602-9008
```

```
Wells Fargo Bank N.A., d/b/a Wells Fargo Dea      Wells Fargo Dealer Services                    Whitney Farmer
PO Box 19657                                      PO Box 6700                                    PO Box 392
Irvine, CA 92623-9657                             Rancho Cucamonga, California 91729-6700        Woodstock, Georgia 30188-0392


Yamaha
PO Box 30257
Salt Lake City, Utah 84130-0257
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase                                             (d)Chase
PO Box 15153                                      PO Box 15298
Wilmington, Delaware 19886-5153                   Wilmington, Delaware 19850
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Cavalry Spv I, LLC                             (u)Nissan Infiniti LT                          End of Label Matrix
Bass & Associates, P.C.                                                                          Mailable recipients    33
3936 E. Ft. Lowell Road, Suite #200                                                              Bypassed recipients     2
Tucson, AZ 85712-1083                                                                            Total                  35
```