**IT IS ORDERED as set forth below:**



**Date: December 30, 2020**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION

IN RE:   LANDON B. DICKERSON   }   CHAPTER 13
         TERRI L. DICKERSON,   }
                               }   CASE NO. A16-69381-SMS
         DEBTOR(S)             }
                               }
                               }   JUDGE SIGLER
```

**CONSENT ORDER VACATING ORDER RE-CONVERTING CHAPTER 13 CASE
TO CHAPTER 7**

The Chapter 13 Trustee's Motion for Reconsideration of Order Re-Converting Case to Chapter 7 being filed on December 29, 2020 and the parties having entered into an agreement to the Motion on the following terms, it is hereby

**ORDERED** that the Trustee's Motion is GRANTED:  The Order Re-Converting Chapter 13 case to Chapter 7 dated December 23, 2020 is VACATED.

The Clerk of Court is directed to reinstate this case and shall serve a copy of this Order on all parties appearing on the attached Distribution List.

**END OF DOCUMENT**

Order Presented By:


_____/s/_____
Albert C. Guthrie, Staff Attorney
Mary Ida Townson
Standing Chapter 13 Trustee
GA Bar No.: 142399
285 Peachtree Center Ave., NE, Suite 1600
Atlanta, GA 30303
404-525-1110; albertg@atlch13tt.com


Consented To By:


_____/s/_____
B. Glen Johnson, Attorney for the Debtors
GA Bar No.: 392250
*Signed w/express permission by Albert C. Guthrie*
Glen Johnson, LLC
181 E. Main Street
Canton, GA 30114
770-956-1400; glen@bgjlawfirm.com

## **DISTRIBUTION LIST**

All parties on the Mailing Matrix.